UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CORTEZ DAUNDRE JONES,<br><br>                Plaintiff,<br><br>   v.<br><br>MICROSOFT CORPORATION,<br><br>                Defendant. | Case No. C23-1297-JHC<br><br>REPORT AND RECOMMENDATION |

      Plaintiff Cortez Daundre Jones, proceeding pro se in this civil matter, filed an application to proceed *in forma pauperis* (IFP). Dkt. 1. In the application, Plaintiff indicates he is not employed, has not received any money from any source in the past twelve months, has no cash on hand and no money in a checking or savings account, and has no monthly expenses. *Id*. In providing other information as to why he cannot pay courts fees and costs, Plaintiff states: "Disabilities have [hindered] me from being able to work difficult jobs." *Id*. at 2.

      In indicating he has both no financial resources and no expenses, Plaintiff omits information necessary to the Court's determination. Plaintiff does not, for example, inform the Court how he pays for food, shelter, and any other basic life necessities. The information provided is also inconsistent with that contained in numerous other IFP applications Plaintiff

REPORT AND RECOMMENDATION - 1

recently filed in this Court. *See, e.g., Jones v. General Services Administration*, C23-1148-JCC, Dkt. 1 (reflecting a salary of $35,000, $324,000 from a business or other source and $32,000 in benefits received over the past twelve months, $324,000 in stocks, and $4,000 in regular monthly expenses); *Jones v. Harrell*, C23-1153-RSM, Dkt. 1 (same); *Jones v. Pornhub Community*, C23-1169-RAJ, Dkt. 1 (same).[1]  Plaintiff should not, under these circumstances, be authorized to proceed IFP.

The Court recommends the motion to proceed IFP, Dkt. 1, be DENIED, and that Plaintiff be directed to pay the applicable filing fee within **thirty (30) days** after entry of the Court's Order adopting this Report and Recommendation.  If Plaintiff fails to pay the fee, the Clerk should close the file.

Dated this 24th day of August, 2023.

S. KATE VAUGHAN
United States Magistrate Judge

---

[1] Plaintiff filed some forty-eight cases in this Court between August 2, 2023 and August 23, 2023.  In the current case, Plaintiff alleges: "Microsoft allows employees to pull off robbery w/ Satya Nadella along with 4th & Blanchard building dark web hackers hacking out cases Cortez Jones is suing for by deleting the case from filing [sic]." Dkt. 1-1 at 1.

REPORT AND RECOMMENDATION - 2