UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CORTEZ DAUNDRE JONES,

        Plaintiff,

   v.

MICROSOFT CORPORATION,

        Defendant.

Case No. C23-1297-JHC

ORDER

Having reviewed the Report and Recommendation of the Honorable S. Kate Vaughan, United States Magistrate Judge, Dkt. # 5, and the remaining record, the Court ORDERS:

(1) The Court ADOPTS the Report and Recommendation;

(2) The Court further observes that, in his application to proceed in forma pauperis, Plaintiff wrote "0" as his "Date of last employment"; and while he indicates he cannot work "difficult jobs" he does not address other potential employment;

(3) Plaintiff's Motion to Proceed IFP, Dkt. # 1, is DENIED. Plaintiff is directed to pay the full filing fee of $402.00 within **thirty (30) days** of the date of signature below. If the filing fee is not paid, this case will be dismissed;

(4) The Clerk shall file the complaint only on receipt of the filing fee. If no filing fee is

ORDER - 1

paid within **thirty (30) days** of the date of this Order, the Clerk is directed to close the file; and

(5) The Clerk is directed to send copies of this Order to the parties and to Judge Vaughan.

Dated this 25th day of August, 2023.

                                            John H. Chun
                                            United States District Judge

ORDER - 2