UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CORTEZ DAUNDRE JONES,<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION et al.,<br><br>Defendant. | CASE NO. 2:23-cv-01297-JHC<br><br>ORDER |

Before the Court is non-represented Plaintiff Cortez D. Jones's complaint against Microsoft Corporation *et al.* (Dkt. # 1-1) and accompanying application to proceed *in forma pauperis* ("IFP"). Dkt. # 1. On August 24, 2023, Magistrate Judge Vaughan recommended the denial of Plaintiff's IFP application. Dkt. # 5. On August 25, 2023, the Court adopted the Magistrate Judge's report and recommendation and ordered Plaintiff to pay the corresponding filing fee within thirty (30) days of its order. *See* LCR 3(a). The Court clarified that if Plaintiff failed to do so, the matter would be dismissed. Dkt. # 6. Because thirty (30) days have passed since the Court's order (Dkt. # 6), the Clerk is directed to close and terminate this matter.

//

//

ORDER - 1

1 | Dated this 20th day of October, 2023.

*John H. Chun*

John H. Chun
United States District Judge

ORDER - 2