## UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CORTEZ DAUNDRE JONES<br><br>　　　　　　　Plaintiff,<br>　v.<br><br>MICROSOFT CORPORATION et al.<br><br>　　　　　　　Defendants | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER 2:23-cv-01297-JHC |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

　　Plaintiff's complaint (Dkt. # 1–1) is DISMISSED.

　　Dated October 20, 2023.

　　　　　　　　　　　　　　　　　Ravi Subramanian
　　　　　　　　　　　　　　　　　Clerk of Court


　　　　　　　　　　　　　　　　　*/s/Ashleigh Drecktrah*
　　　　　　　　　　　　　　　　　Deputy Clerk